No. 56730.—Oxford University Press, N. Y., Inc. *v.* United States, protest 182101–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel and following the cited authorities, the merchandise was held dutiable as follows: (1) Books of *bona fide* foreign authorship similar in all material respects (except title) to those the subject of *Oxford University Press, N. Y., Inc.* v. *United States* (33 C. C. P. A. 11, C. A. D. 309) at 7½ percent under paragraph 1410, as modified by T. D. 49753; and (2) books of *bona fide* foreign authorship, composed in chief value of india paper, weighing over 10 pounds and less than 20½ pounds to the ream of 288,000 square inches, similar in all material respects (except title) to the books involved in *Oxford University Press, New York, Inc.* v. *United States* (9 Cust. Ct. 63, C. D. 663) at 2 cents per pound and 10 percent ad valorem under paragraph 1404, as modified by T. D. 49753.